**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.O.,                      :   No. 913 MAL 2016

            Petitioner      :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

        v.                    :

                                :

                                :

F.W.M.,                   :

                                :

            Respondent    :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.